Case: 1:23−mj−00266
Assigned To : Upadhyaya, Moxila A.
Assign. Date : 10/4/2023
Description: Complaint W/ Arrest Warrant

**STATEMENT OF FACTS**

On or about August 29, 2023, an online covert employee assigned to the Federal Bureau of Investigation (FBI) Child Exploitation and Human Trafficking Task Force (CEHTTF) began communicating with Wickr[1] user "▮▮▮▮▮▮▮" During the course of this communication, "▮▮▮▮▮▮▮" sent an FBI undercover (UC) employee, who was operating out of an office in Washington, D.C., a Mega link containing numerous videos that depict child sexual abuse material (CSAM). "▮▮▮▮▮▮▮" was actively seeking parents who reside on the east coast for the purpose of traveling to engage in illicit sexual conduct.

On or about August 29, 2023, "▮▮▮▮▮▮▮" wrote the following:

> ▮▮▮▮▮▮▮  Im looking for a mom or dad that would let me do things with a daughter and i pay them. Im in the southeast US. Id hope for a girl thats already sucking or being touched and rubbed but id set for just about anything. I figure paying the mom/dad would help me get in the door with them vs just asking to do it

As this conversation continued:

> UC:  Yes, what do you have now to show your safe
>
> UC:  I use telegram[2] or wire[3]
>
> ▮▮▮▮▮▮▮  I could send a mega link. Cops aren't allowed to give out cp and especially a link full of it lol
>
> ▮▮▮▮▮▮▮  Wire would work

---

[1] Wickr is an instant messaging application that allows users to exchange end-to-end encrypted and content-expiring messages, and is designed for iOS, Android, Mac, Windows, and Linux operating systems.

[2] Telegram is a multi-platform globally accessible cloud-based and centralized instant messaging service that provides optional end-to-end encrypted chats and video calling, VoIP, file sharing, and several other features.

[3] Wire is an encrypted communication and collaboration application that features messaging, voice calls, video calls, conference calls, and file-sharing, all protected by secure end-to-end encryption.

UC:		Lol ok that's fine

"▇▇▇▇▇▇" then sent the UC a link to a Mega folder, containing approximately sixty files, some of which are described below:

- A video, approximately 9 minutes in length, that depicts what appears to be a prepubescent female. In the video, the female is nude and is shown laying on a bed. During the video, an adult man can be seen both anally and orally penetrating the little girl.

- A video, approximately 1 minute and 5 seconds in length, that depicts what appears to be a prepubescent female, partially clothed, who appears to be sitting on top of an adult man. The adult man can be seen inserting his penis into the minor female's vagina and her mouth.

- A video, approximately 1 minute in length, that depicts a fully nude adult female and toddler female. The adult female lays the toddler down on her back and spreads the toddler female's legs apart. The adult female can be seen putting her tongue on the minor female's vagina.

- A video, approximately 4 minutes and 46 seconds in length, that depicts what appears to be a fully nude prepubescent female. The minor female appears to be asleep while she is vaginally penetrated by an unknown individual throughout the length of the video.

Throughout this Wickr communication, "▇▇▇▇▇▇" made numerous requests to the UC for child pornography involving the UC's purported daughter, and also repeatedly questioned the UC about whether or not he was "for real" and/or law enforcement. For example, on or about August 29, 2023, "▇▇▇▇▇▇" asked the UC for a "vid of her saying hi ▇▇▇▇▇▇

▇ then putting your dick in her mouth." Later in the conversation, "▇▇▇" wrote "maybe just show her saying the name and then pan down to her pusst [sic] real quick".

On or about August 30, 2023, "▇▇▇" discussed sending money to the UC to show that he was serious about traveling to Washington, DC in order to sexually abuse the UC's purported daughter.

| ▇▇▇ | Ill do $1 for before validating since we discussed something being sent after. I consider it as simple proof I will send |
| --- | --- |
| UC: | That's fine |
| ▇▇▇ | Would you be willing since I sent before validation to also show some form of future willingness by send me another pic of her? Something showng her pussy or nipples |

On or about August 31, 2023, "▇▇▇" used Cashtag[4] ▇▇▇ to send the UC one dollar with the subject line "her".

On or around September 21, 2023, "▇▇▇" described to the UC an interaction he had with a 10-year-old minor female on Snapchat, as detailed below:

| ▇▇▇ | That mom back down some about letting me play with her daughter. |
| --- | --- |
| UC: | Ok cool, oh damn that sucks!! |
| ▇▇▇ | It does but I did find a 10-year-old on Snap that sends me vids of her playing with her pussy and I got her to say "please fuck me Daddy" and also got her to shoe me her 4yr sister's ass and pussy |
| UC: | No way!!!! |
| UC: | Damn I'd love to see that lol |

The user "▇▇▇" then sent a video of what appears to be a minor female, lying face down, with her underwear pulled down. The minor female then turns over and an unknown

---

[4] A Cashtag is a unique identifier for individuals and businesses using Cash App.

individual pulls down her underwear farther, exposing the child's vagina. "▬▬▬" then sent a picture to the UC of what appears to be a minor female, fully nude, in a bathroom. He wrote, "that's the 10 yr". He told the UC that he was "going to try and get the 10yr to do more with her 4ry sis tonight".

In separate communications that occurred on the Session[5] application, Wickr user "▬▬▬" used the Session username "▬▬▬" to communicate with the UC. Throughout communications, "▬▬▬" continued to seek proof that the UC was not law enforcement. "▬▬▬" discussed his intent to travel to Washington, D.C. to "play with" the UC's purported eight-year-old daughter. For example, on or about September 14, 2023, "▬▬▬" wrote:

> ▬▬▬ I'll look at flights with cheaper rates if my dates are flexible. It'll probably be cheaper if I come during the week but I don't know that you could arrange it that way. I only need a couple weeks notice. If I'm flying in and going through all the time and expense, I would like to be able to spend at least 2 days there and play multiple times if possible

On or about September 15, 2023, "▬▬▬" told the UC about his interaction with a mom of a minor female, during which "▬▬▬" claimed to sexually abuse the little girl. He wrote that he "put a little pressure with my fingers on her pussy". "▬▬▬" told the UC that he planned on being at the minor female's house that night, and that he was going to try and do an "accidental touch" on the minor female's friend.

---

[5] Session is a cross-platform end-to-end encrypted instant messaging application, focused on confidentiality and anonymity for the user. Users create a "Session ID", a 66-character unique alphanumeric ID, that is used as a "contact number" and shared with another user so they can begin a chat session. A QR code can also be created for a Session ID and shared with another user. In this case, the UC only shared their Session ID with "▬▬▬"

A subpoena was sent to CashApp for information associated with Cashtag ▓▓▓▓▓ These records show that this account belongs to Graham Daniel ASH, date of birth ▓▓▓▓▓ ▓▓. The subpoena records also include numerous IP addresses associated with CashApp payments by Cashtag ▓▓▓▓▓ that are Verizon IP addresses.

On or about September 14, 2023, a subpoena was served to Verizon, requesting subscriber information associated with four (4) Verizon IP addresses used by Cashtag ▓▓▓▓▓ According to Verizon records received on September 19, 2023, telephone number ▓▓▓▓▓ ▓▓, was associated with the IP addresses.

On or about September 19, 2023, Verizon provided subscriber information associated with telephone number ▓▓▓▓▓▓▓▓. A review of the results revealed the following account holder and address:

    Subscriber Name:  Graham Ash
    Subscriber Address: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

On or about September 14, 2023, a subpoena was served to Charter Communications, requesting subscriber information associated with an IP address used by Cashtag ▓▓▓▓▓ that is an IP address registered to Charter Communications. According to Charter Communication records received on September 19, 2023, the service address for the account associated with that IP address is listed as follows:

    Service Address:  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

According to law enforcement records obtained on September 14, 2023, ASH is a registered sex offender. On April 17, 2019, ASH was arrested for traveling to meet a child for an unlawful sex act. On July 22, 2022, ASH was convicted of Electronic Solicitation of a Child, in violation of Alabama Code 1975 § 13A-6-122. ASH's address is listed as ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ on the Alabama State Sex Offender Registry.

During the late evening hours of October 3, 2023, law enforcement executed a search at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ pursuant to a warrant obtained from the District Court in the Northern District of Alabama. ASH was inside the residence at the time law enforcement gained entry. Law enforcement observed a cellular telephone that had been smashed and pulled apart. Furthermore, officers found a pair of little girl's underwear inside ASH's bedroom.

## **CONCLUSION**

Based on the above information, there is probable cause to believe that Graham Daniel ASH committed the following offenses on our about and between August 29, 2023 and September 21, 2023: Distribution of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2) and (b)(1) and Coercion and Enticement of a Minor, in violation of 18 U.S.C. §2422(b).

Respectfully Submitted,

_____
Benjamin Burnheimer
Special Agent, 26016
Federal Bureau of Investigation-WFO

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on October 4, 2023.

_____
HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE